EDYTHE VOGEL, Respondent, v. NEWTON H. VOGEL, Appellant.— In an action by a wife for separation, in which the defendant counterclaimed for an annulment or separation, judgment was entered, after trial, granting plaintiff a separation, dismissing the counterclaims, awarding plaintiff $50 a week alimony, and directing defendant to pay a counsel fee. Order modified on the facts by reducing the award of alimony from $50 a week to $35 a week. As so modified, judgment unanimously affirmed, without costs. In our opinion, the amount of the alimony awarded, under all the circumstances, was excessive. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

## THIRD DEPARTMENT, JUNE, 1954.

## (June 18, 1954.)

■

JOHN J. AMODEO et al., Appellants, v. EUGENE GIACOMA et al., Respondents. EUGENE GIACOMA, Respondent, v. JOHN J. AMODEO, Appellant.— Motion to dismiss appeals granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of GLADYS AUSTEN, Respondent-Appellant. EDWARD CORSI, as Industrial Commissioner, Appellant-Respondent.— Motion by claimant for an injunction denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of HARVEY L. EVERY against COUNTY OF ULSTER.— Motion for reargument denied, without costs, and without prejudice to an application by claimant for leave to appeal to the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 987.]

■

MICHAEL R. McCALL, Individually and as a Member and as Secretary-Treasurer of Local Union No. 294, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. of L., et al., Plaintiffs, v. DAVE BECK, Individually and as President of International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, et al., Defendants.— Decision on the motion to punish for contempt is deferred pending a report of an official referee of the issues of fact involved. This matter is referred to Hon. CHRISTOPHER J. HEFFERNAN, Official Referee, to hear and report. Decision on the motion to modify a previous order in this matter is deferred pending the report of the Official Referee. Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur.